UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR 03-24 S |
| LEON TAYLOR | : | |

**MOTION TO CONTINUE STATUS CONFERENCE**

NOW comes the defendant, Leon Taylor, and moves to continue a status conference scheduled for March 17, 2008. Defense counsel has spoken to the United States Probation Office who confirms that the defendant has been fully compliant since his last court appearance. Defense counsel would respectfully as for a status conference in thirty (30) days.

LEON TAYLOR,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be served upon Peter Neronha, AUSA by way of ECF case filing and by way of facsimile on March 17, 2008.

/s/ Edward C. Roy, Esquire